# UNITED STATES DISTRICT COURT

Middle District of Tennessee

UNITED STATES OF AMERICA
v.
DEPATRICK GROVES

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case No. 3 21-cr-00029
USM No. 21326-509
Matthew Gulotta
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) 1, 2, 3 & 4 of the term of supervision.
☐ was found in violation of condition(s) count(s) ________ after denial of guilt.

The defendant is adjudicated guilty of these violations.

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Unlawful use of a controlled substance | 08/29/2025 |
| 2 | Failure to report for drug testing, unsuccessful discharge of substance abuse treatment program | 09/09/2025 |
| 3 | Commission of a state crime (misdemeanor, not a felony) | 05/30/2026 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984

☐ The defendant has not violated condition(s) ________ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc Sec. No 5279

Defendant's Year of Birth 1995

City and State of Defendant's Residence.
Madison, Tennessee

10/02/2026
Date of Imposition of Judgment

Eli Richardson
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

October 23, 2026
Date

DEFENDANT: DEPATRICK GROVES
CASE NUMBER: 3 21-cr-00029

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 4 | Unlawful possession of a controlled substance | 05/30/2026 |

DEFENDANT. DEPATRICK GROVES
CASE NUMBER. 3 21-cr-00029

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of .

Time served (1 day)

☐ The court makes the following recommendations to the Bureau of Prisons·

☐ The defendant is remanded to the custody of the United States Marshal

☐ The defendant shall surrender to the United States Marshal for this district

☐ at ______________ ☐ a.m. ☐ p.m. on ______________________ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

☐ before 2 p.m. on ____________________ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office

## RETURN

I have executed this judgment as follows

Defendant delivered on ________________________ to ______________________________

at ________________________ with a certified copy of this judgment

_______________________________________
UNITED STATES MARSHAL

By _______________________________________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: DEPATRICK GROVES
CASE NUMBER: 3 21-cr-00029

## SUPERVISED RELEASE

Upon ıelease fıom ımpıısonment, you will be on supeıvised release foı a term of

No term of supervısed release ımposed